UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | ) ) ) ) ) ) ) ) ) ) ) ) | 
| Plaintiff, | |
| v. | Case No.: 3:13-cv-04052-L |
| HAPPY SUNDAY, INC., a Texas Corporation, | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Respectfully Submitted,                                  Respectfully Submitted,

*/s/ Jeff A. Wells*
Jeff A. Wells, Esq.
Texas Bar Number: 24056511
Wells Crosland, PLLC
12225 Greenville Ave., Suite 700
Dallas, Texas 75243
Tel: (214) 810-5529
Fax: (866) 277-4589
*Attorney for Plaintiff*

Dated: 4/3/14

*/s/ Brian P. Min*
Brian P. Min, Esq.
Texas Bar No. 24007686
Min Law Firm, P.C.
2727 LBJ Freeway, Suite 230
Dallas, Texas 75234
Tel: (214) 742-1100
Fax: (214) 742-1102
*Attorney for Defendant*

Dated: 4/3/14

1